03-15-00144-CR (Counts II and III)

IN THE COURT OF APPEALS FOR THE
THIRD DISTRICT OF TEXAS, AT AUSTIN

FILED
June 15, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

| | | |
|---|---|---|
| Christopher Arthur Kurtz | § | On Appeal from the |
|     Appellant | § | |
| | § | 207th District Court |
| v. | § | Comal County, Texas |
| | § | |
| The State of Texas | § | No. CR2014-343 (Counts II and III) |
|     Appellee | § | Hon. JackRobison, Judge Presiding |

### Motion for Pro Se Access to the Appellate Record

TO THE HONORABLE THIRD COURT OF APPEALS:

I am writing to inform the Court that, having been informed by my court-appointed counsel on appeal that he has filed a brief pursuant to **_Anders v. California_**, 386 U.S. 738 (1967), and that I have the right to review the appellate record and submit a *pro se* response. I hereby advise the Court of Appeals that I wish to exercise those rights, and respectfully request that the Court enter Orders requiring that I be provided with an opportunity to review the record in this case. I am also requesting sixty (60) days after I have been provided with that opportunity, to submit a *pro se* brief in this case.

*Christopher Arthur Kurtz*
Christopher Arthur Kurtz
Comal County
3005 W San Antonio St
New Braunfels, Texas 78130

RECEIVED
JUN 15 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

### Certificate of Service

This is to certify that I have mailed a copy of this motion to:

District Attorney for Comal County
Appellate Section
Comal County Courthouse Annex
150 N. Seguin Street
New Braunfels, Texas 78130-5122

*Christopher Arthur Kurtz*
Christopher Arthur Kurtz

Date: 6-9-2015

CHRISTOPHER A. KURTZ
#6250644
3005 W. SAN ANTONIO ST.
NEW BRAUNFELS, TEXAS
78130

COMAL COUNTY JAIL
INMATE MAIL

SAN ANTONIO TX 780
RIO GRANDE DISTRICT

LEGAL

JEFFREY D. KYLE, CLERK
THIRD COURT OF APPEALS
POST OFFICE BOX 12547
AUSTIN, TEXAS 78711

USA
FOREVER

78711254747